**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-000112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated,
ADELINE ROYBAL, individually,
NANCY BURGESS, individually,
NATASHA SWENSON, individually,
NICOLE MONTOYA, individually,
NICOLE MORRIS, individually,
MALINDA HONEA, individually,
ROBYN RICHARDS, individually,
ANGEL BENCOMO, individually,
BERNADETTE GALLEGOS, individually,

      Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
GRW CORPORATION, a foreign corporation doing business in the State of Colorado,
ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his individual and official capacity,
JOE ORTIZ, former Executive Director of the Colorado Department of Corrections, in his individual and official capacity,
ROBERT CANTWELL, Director of Prisons of the Colorado Department of Corrections, in his individual and official capacity,
GARY GOLDER, former Director of Prisons of the Colorado Department of Corrections, in his individual and official capacity,
GIL WALKER, Chief Executive Officer of GRW corporation, in his individual and official capacity,
COLORADO DEPARTMENT OF CORRECTIONS - WARDENS (Including but not limited to):
DONA ZAVISLAN, Warden of the Denver Women's Correctional Facility, in her individual and official capacity;
TRAVIS TRANI, former Warden of the Denver Women's Correctional Facility, in his individual and official capacity;
MARK BROADDUS, former Warden Denver Women's Correctional Facility, in his individual and official capacity;
NOBEL WALLACE, former Warden Denver Women's Correctional Facility, in his individual and official capacity;
COLORADO DEPARTMENT OF CORRECTIONS - CORRECTIONAL OFFICERS (Including but not limited to:)
C.O. SHACKELTON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity;

C.O. MASTERS, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity;
C.O. TORRES, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity; and
C.O. HOWARD, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity;

Defendants.

## ORDER RE: MOTIONS FOR CLASS CERTIFICATION

**Blackburn, J.**

The matter is before the court *sua sponte*. In this putative class action, the court recognizes the requirement under Fed.R.Civ.P. 23(c)(1)(A) to determine whether to certify a class before the case properly can proceed to resolution by summary judgment, trial, or otherwise. Therefore, I establish the following briefing schedule to govern resolution of this and related matters.

**IT IS ORDERED** as follows:

1. That no later than thirty (30) days after the first answer or other response, e.g., motion to dismiss, etc., to the complaint is filed by any defendant in this case, the plaintiff **SHALL FILE** a motion for class certification under Fed. R. Civ. P. 23 that addresses, *inter alia*, (i) the prerequisites at Fed. R. Civ. P. 23(a)(1)-(4), and (ii) the matters at Fed. R. Civ. P. 23(b); (b) that defines the proposed class; and (c) that requests the appointment of class counsel;

2. That the deadlines for filing response and reply briefs **SHALL BE AS PRESCRIBED** under D.C.COLO.LCivR 7.1C.;

3. That an applicant for class counsel **SHALL ADDRESS** the matters at Fed. R.

Civ. P. 23(g)(1)(A)(i)-(iv) and any other matter pertinent to the applicant's ability to fairly and adequately represent the interests of the proposed class; and

    4.  That based on the parties' submissions, the court **WILL** either rule on the papers, order further briefing, convene an evidentiary hearing, or take such further action as the court in its discretion deems proper and necessary.

    Dated January 19, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge