**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated,
ADELINE ROYBAL, individually,
NANCY BURGESS, individually,
NATASHA SWENSON, individually,
NICOLE MONTOYA, individually,
NICOLE MORRIS, individually,
MALINDA HONEA, individually,
ROBYN RICHARDS, individually,
ANGEL BENCOMO, individually,
BERNADETTE GALLEGOS, individually,

    Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
GRW CORPORATION, a foreign corporation doing business in the State of Colorado,
ARISTEDES ZAVARAS, Executive Director of the Colorado Department of Corrections, in his individual and official capacity,
JOE ORTIZ, former Executive Director of the Colorado Department of Corrections, in his individual and official capacity,
ROBERT CANTWELL, Director of Prisons of the Colorado Department of Corrections, in his individual and official capacity,
GARY GOLDER, former Director of Prisons of the Colorado Department of Corrections, in his individual and official capacity,
GIL WALKER, Chief Executive Officer of GRW corporation, in his individual and official capacity,
COLORADO DEPARTMENT OF CORRECTIONS - WARDENS (Including but not limited to):
DONA ZAVISLAN, Warden of the Denver Women's Correctional Facility, in her individual and official capacity;
TRAVIS TRANI, former Warden of the Denver Women's Correctional Facility, in his individual and official capacity;
MARK BROADDUS, former Warden Denver Women's Correctional Facility, in his individual and official capacity;
NOBEL WALLACE, former Warden Denver Women's Correctional Facility, in his individual and official capacity;
COLORADO DEPARTMENT OF CORRECTIONS - CORRECTIONAL OFFICERS (Including but not limited to:)
C.O. SHACKELTON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity;
C.O. MASTERS, Correctional Officer at the Denver Women's Correctional Facility, in

his individual and official capacity;
C.O. TORRES, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity; and
C.O. HOWARD, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity;

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANTS COLORADO DEPARTMENT OF CORRECTIONS, GRW CORPORATION, ARISTEDES ZAVARAS, JOE ORTIZ, ROBERT CANTWELL, GARY GOLDER, GIL WALKER, DONA ZAVISLAN, TRAVIS TRANI, MARK BROADDUS, NOBEL WALLACE, CO. MASTERS, C.O. TORRES AND C.O. HOWARD

**Blackburn, J.**

The matter comes before me on plaintiffs' **Notice of Dismissal** [#18][1] filed September 8, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendants, Colorado Department of Corrections, GRW Corporation, Aristedes Zavaras, Joe Ortiz, Robert Cantwell, Gary Golder, Gil Walker, Dona Zavislan, Travis Trani, Mark Broaddus, Nobel Wallace, C.O. Masters, C.O. Torres, and C.O. Howard, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs' **Notice of Dismissal** [#18] filed September 8, 2011, is **APPROVED**; and

2. That plaintiffs' claims against defendants, Colorado Department of Corrections, GRW Corporation, Aristedes Zavaras, Joe Ortiz, Robert Cantwell, Gary Golder, Gil Walker, Dona Zavislan, Travis Trani, Mark Broaddus, Nobel Wallace, C.O. Masters, C.O.

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Torres, and C.O. Howard, are **DISMISSED**; and

      3. That defendants, Colorado Department of Corrections, GRW Corporation, Aristedes Zavaras, Joe Ortiz, Robert Cantwell, Gary Golder, Gil Walker, Dona Zavislan, Travis Trani, Mark Broaddus, Nobel Wallace, C.O. Masters, C.O. Torres, and C.O. Howard, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated September 9, 2011, at Denver, Colorado.

      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge