IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated,
ADELINE ROYBAL, individually,
NANCY BURGESS, individually,
NATASHA SWENSON, individually,
NICOLE MONTOYA, individually,
NICOLE MORRIS, individually,
MALINDA HONEA, individually,
ROBYN RICHARDS, individually,
ANGEL BENCOMO, individually, and
BERNADETTE GALLEGOS, individually,

Plaintiffs,

v.

C.O. SHACKELTON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for what was set as a scheduling conference. There is only one remaining defendant, Officer Schackleton, who I am informed was served with process on approximately September 22, 2011. The parties did not submit a proposed scheduling order.

IT IS ORDERED:

(1)     A supplemental scheduling conference is set for **October 13, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(2)     The parties shall prepare and submit a proposed scheduling order on or before **October 7, 2011**.

Dated October 3, 2011.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge