**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated,
ADELINE ROYBAL, individually,
NANCY BURGESS, individually,
NATASHA SWENSON, individually,
NICOLE MONTOYA, individually,
NICOLE MORRIS, individually,
MALINDA HONEA, individually,
ROBYN RICHARDS, individually,
ANGEL BENCOMO, individually, and
BERNADETTE GALLEGOS, individually,

     Plaintiffs,

v.

C.O. SHACKELTON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity;

     Defendant.

**ORDER OF DISMISSAL AS TO
PLAINTIFFS NANCY BURGESS, MALINDA HONEA, ROBYN RICHARDS,
ANGEL BENCOMO, AND BERNADETTE GALLEGOS**

**Blackburn, J.**

The matter comes before me on plaintiffs' **Notice of Dismissal** [#25][1] filed October 7, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that the claims of the plaintiffs, Nancy Burgess, Malinda Honea, Robyn Richards, Angel Bencomo, and Bernadette Gallegos should be dismissed and that those plaintiffs should be dropped from the action.

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs' **Notice of Dismissal** [#25] filed October 7, 2011, is **APPROVED**; and

2. That the claims of the plaintiffs, Nancy Burgess, Malinda Honea, Robyn Richards, Angel Bencomo, and Bernadette Gallegos, are **DISMISSED**; and

3. That plaintiffs, Nancy Burgess, Malinda Honea, Robyn Richards, Angel Bencomo, and Bernadette Gallegos, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated October 11, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge