IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated,
ADELINE ROYBAL, individually,
NATASHA SWENSON, individually,
NICOLE MONTOYA, individually, and
NICOLE MORRIS, individually,

Plaintiffs,

v.

C.O. SHACKELTON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Allow Deposition of Plaintiff Heidi Jewkes Pursuant to Fed.R.Civ.P. 30(a)(2)** [docket no. 46, filed April 11, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant is permitted to take the deposition of plaintiff Heidi Jewkes at the Denver Women's Correctional Facility at a mutually convenient date and time for the facility and case counsel.


DATED:  April 12, 2012