IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated,
ADELINE ROYBAL, individually,
NATASHA SWENSON, individually,
NICOLE MONTOYA, individually, and
NICOLE MORRIS, individually,

Plaintiffs,

v.

C.O. SHACKELTON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record.

IT IS ORDERED:

(1)  The parties shall prepare and file a revised proposed final pretrial order, modified as discussed at the final pretrial conference, on or before **June 13, 2012**;

(2)  A supplemental final pretrial conference is set for **June 15, 2012, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(3)  Copies of all trial exhibits must be provided to opposing counsel by hand delivery on or before **June 22, 2012**. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery no later than **July 6, 2012**.

Dated June 4, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge