# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-00112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated, and
NATASHA SWENSON, individually,

     Plaintiffs,

v.

C.O. SHACKELTON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity;

     Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court on **Plaintiffs' Motion To Withdraw Jury Demand and For a Trial To The Court** [#61][2] filed July 20, 2012.  Defendant objected to plaintiffs' motion in the **Defendant's Response To Plaintiffs' Motion To Withdraw Jury Demand and For a Trial To The Court** [#64] filed July 24, 2012.  After reviewing the motion, response, record, and applicable law, the court concludes that the motion to withdraw the jury demand should be denied.

**THEREFORE, IT IS ORDERED** that **Plaintiffs' Motion To Withdraw Jury Demand and For a Trial To The Court** [#61] filed July 20, 2012, is **DENIED**.

Dated:  July 25, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#62]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.