**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-00112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated, and
NATASHA SWENSON, individually,

    Plaintiffs,

v.

C.O. THEODORE SHACKLETON, Correctional Officer at the Denver Women's
Correctional Facility, in his individual and official capacity,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated July 25, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

                                    *[signature: Bob Blackburn]*
                                    Robert E. Blackburn
                                    United States District Judge