IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00112-REB-BNB

HEIDI JEWKES and
NATASHA SWENSON,

    Plaintiffs,

v.

C.O. THEODORE SHACKLETON, in his individual capacity,

    Defendant.

---

## VERDICT FORM
## HEIDI JEWKES

---

We, the jury, on our oaths, present our answers to questions submitted by the court, to which answers we all have agreed:

1. Do you find that plaintiff Heidi Jewkes has proven by a preponderance of the evidence all three (3) essential elements of her claim that defendant Theodore Shackleton violated her Eighth Amendment right to be free from cruel and unusual punishment, as stated in Instruction No. 9?

YES    __X__        NO _____

[If you answered "yes" to Question No. 1, above, then please answer Question No. 2. If you answered "no" to Question No. 1, above, do not answer any other Questions; instead, date and sign this Verdict form.]

2. Do you find that plaintiff Heidi Jewkes has proven by a preponderance of the evidence that she suffered damages, as described in Instruction Nos. 14, 15, and 16, caused by defendant Theodore Shackleton's violation of her Eighth Amendment right to be free from cruel and unusual punishment?

YES ___X___        NO _____

[If you answered "yes" to Question No. 2, above, then please answer Question No. 3. If you answered "no" to Question No. 2, above, do not answer any other Questions; instead, date and sign this Verdict form.]

3. Please write down the amount of damages to be awarded to plaintiff Heidi Jewkes against defendant Theodore Shackleton.

$ _1,600.00_

4. Do you find that plaintiff Heidi Jewkes has proven by a preponderance of the evidence that defendant Theodore Shackleton acted in a manner that supports an award of punitive damages, as stated in Instruction No. 18?

YES _____        NO ___X___

[If you answered "yes" to Question No. 4, above, then please answer Question No. 5. If you answered "no" to Question No. 4, above, do not answer any other Questions; instead, date and sign this Verdict form.]

5. Please write down the amount of punitive damages to be awarded to plaintiff Heidi Jewkes against defendant Theodore Shackleton.

$ _____

Dated this _8Th_ day of August, 2012.



FOREPERSON