IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-00112-REB-BNB

HEIDI JEWKES, and
NATASHA SWENSON,

    Plaintiffs,

v.

C.O. THEODORE SHACKLETON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity,

    Defendant.

_____

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**
_____

Defendant Theodore Shackleton, by and through his counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., hereby respectfully submits this Notice of Supplemental Authority, as follows:

    1.    Pending before this Court is the Defendant's Fed. R. Civ. P. 50 Motion made during the trial in this matter. Defendant respectfully submits the following authorities Defendant believes are relevant to the Fed. R. Civ. P. 50 Motion. *See* ***Alexander v. Gardner-Denver,*** 415 U.S. 36, 52-53 (1974) (a union may not waive the right of a union employee to proceed with a charge of discrimination and a lawsuit under Title VII of the Civil Rights Act by entering into a collective bargaining agreement with the union employee's employer that requires arbitration of employment-related disputes); ***New York v. Hill,*** 528 U.S. 110, 114-115 (2000) (discussing the

circumstances of when an attorney may waive the rights of a criminal defendant client); *United States v. Cherry,* 217 F.3d 811, 818-20 (10th Cir. 2000) (discussing the scope of a waiver of Sixth Amendment Confrontational Clause and hearsay rights under Fed. R. Evid. 804(b)(6) based on a co-conspirators' actions in making a witness unavailable to testify at trial); *Atlantic Richfield Co. v. Hickel,* 432 F.2d 587, 591-92 (10th Cir. 1970) (discussing principle the United States cannot be estopped from asserting a lawful claim by the erroneous and unauthorized acts of its agents or employees and that the rights of the United States cannot be waived by the unauthorized acts of its agents or employees).  Defendant submits these cases for consideration by this Court in connection with the pending Fed. R. Civ. P. 50 Motion.

WHEREFORE, Defendant Theodore Shackleton respectfully submits the foregoing Defendant's Notice of Supplemental Authority.

Dated this 21st day of September, 2012.

Respectfully submitted,

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 Seventeenth Street #600
Denver, CO 80202-2052
303-628-3453 Fax: 303-293-3238
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 21st day of September, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bradley R. Irwin, Esq.
birwin@coloradolawyers.com

Rick A. Carmickle, Esq.
rcarmickle@coloradolawyers.com

s/ Loree Trout, Secretary to
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1125 Seventeenth Street #600
Denver, CO 80202-2052
303-628-3453 Fax: 303-293-3238
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANT**

\\HALLX3400\Lssdocuments\00000172\00219500.000.DOCX