IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 11-CV-00112 REB-BNB

**HEIDI JEWKES**,
**NATASHA SWENSON,**
    **Plaintiffs,**
v.

**C.O. THEODORE SHACKLETON, Correctional Officer at the Denver Women's Correctional Facility, in his individual and official capacity,**
    **Defendant.**

## PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

The Plaintiffs, by and through their attorney, Rick Carmickle, of Irwin & Boesen, P.C. hereby submits the following *Plaintiffs' Response to Defendant's Notice of Supplemental Authority,* and for such state as follows:

1. Defendant filed his notice of supplemental authority in which he listed four cases. A review of these cases shows that none of them relate to the Prison Litigation Reform Act. None concern the objections of a corrections officer to a waiver by the Department of Corrections to an inmate's obligations to pursue administrative remedies. In addition, each of these cases is distinguishable from the point for which Defendant offers them.

2. In the instant case, the Colorado Department of Corrections (CDOC) waived any right it may have had to assert the failure of each Plaintiff to properly exhaust administrative remedies. This has already been properly decided by this Court. In summary, the Court properly decided:

1

   a. Each Plaintiff filed three grievances. All three grievances were received by the Department of Corrections. After each inmate had filed a third grievance, Anthony DeCesaro affirmed that both had exhausted their administrative remedies.
   b. Concerning Heidi Jewkes, Grievance Officer Anthony DeCesaro stated that Jewkes had "exhausted [her] administrative remedies." [*See* Jewkes Step 3 Grievance Response, November 25, 2009, Exh. #1].
   c. Concerning Natasha Swenson, Grievance Officer Anthony DeCesaro stated that Swenson had "exhausted [her] administrative remedies." [*See* Swenson Step 3 Grievance Response, November 19, 2009, Exh. #2].
   d. The proper person to evaluate the grievances filed by the inmates was grievance officer Anthony DeCesaro. The proper time to judge whether the inmates had exhausted their administrative remedies was after the third grievance was filed. For both Jewkes and Swenson, DeCesaro had an opportunity to object to the timeliness of these grievances, but he did not. His failure to do so constitutes a waiver by the CDOC and there is no legal basis for relieving the CDOC and its employees of this waiver.
3. The Defendant's four cited cases do not support his argument that the "waiver" by the CDOC is improper when applied against him. Instead, the CDOC's waiver should be applied against him because the grievance process is in place to give the CDOC the opportunity to review the complaint of an inmate. The obligation of an inmate is to advise the CDOC of complaints that can be rectified before a lawsuit is filed. The protection

afforded by the inmate's obligation to file grievances is directed to the CDOC so that the CDOC can correct complaints in order to avoid unnecessary and trivial lawsuits. And as the Court noted in its **AMENDED ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#63]**, that right was waived.

Respectfully submitted,

Dated: October 15, 2012

s/ Rick Carmickle
Rick A. Carmickle, Reg. No. 20742
Irwin & Boesen, P.C.
4100 East Mississippi Ave., Ste 1900
Denver, CO 80246
Phone: (303) 999-9999
Fax: (303) 320-1915
E-mail: rcarmickle@coloradolawyers.com
**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on **October 15, 2012**, I electronically filed the foregoing *Plaintiffs' Response to Defendant's Notice of Supplemental Authority* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Andrew D. Ringel, Esq.
>Edmund M. Kennedy, Esq.
>Hall & Evans
>1125 17th Street, Ste 600
>Denver, CO 80202
>Phone (303) 628-3300
>Fax (303) 293-3238
>ringela@hallevans.com
>kennedye@hallevans.com
>**Attorneys for Defendant**

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (US postal service, hand-delivery, etc.) indicated by the nonparticipant's name:

>s/ Rick Carmickle
>**Attorney for Plaintiffs Heidi Jewkes, Adeline Roybal, Natasha Swenson, and Nicole Montoya**
>Irwin & Boesen, P.C.
>4100 East Mississippi Ave., Ste 1900
>Denver, CO 80246
>Phone: (303) 999-9999
>Fax: (303) 320-1915
>Email: rcarmickle@coloradoIaweyrs.com

4