IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 11-cv-00112-REB-BNB

HEIDI JEWKES, and
NATASHA SWENSON,

    Plaintiffs,

v.

C.O. THEODORE SHACKLETON, Correctional Officer at the Denver Women's Correctional Facility, in his individual capacity,

    Defendant.

## ORDER FOR ATTORNEY FEES MOTION AND BRIEFING SCHEDULE

**Blackburn J.**

The matter is before the court *sua sponte*. On November 2, 2012, **Final Judgment** was entered. As prevailing parties in their action under 42 U.S.C. 1983, the plaintiffs may be entitled under 42 U.S.C. § 1988 to reasonable attorney's fees as a part of their costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiffs may file by November 26, 2012, a motion for costs, including a request for reasonable attorney's fees;

2. That any motion for attorney's fees shall be supported by one or more affidavits as required by D.C.COLO.LCivR 54.3A. and B.; and

3. That any response and reply shall be filed in the time prescribed by D.C.COLO.LCivR 7.1C.

Dated November 2, 2012, at Denver, Colorado.

                                      **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge