**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00112-REB-BNB

HEIDI JEWKES, individually and on behalf of all others similarly situated,
NATASHA SWENSON, individually,

      Plaintiffs,

v.

C.O. SHACKELTON, Correctional Officer at the Denver Women's Correctional Facility,
in his individual and official capacity;

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Joint Stipulated Motion For Dismissal With Prejudice** [#104][1] filed June 11, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice with each party to pay its own attorney fees and costs.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Stipulated Motion For Dismissal With Prejudice** [#104] filed June 11, 2013, is **GRANTED**;

      2.  That any pending motion is **DENIED** as moot; and

---

[1] "[#104]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 18, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge